UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RAQUEL I. VILLARREAL § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:19-CV-053 |
| § | |
| TROPICAL TEXAS BEHAVIORAL HEALTH,§ | |
| Defendant. § | |

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES RAQUEL I. VILLARREAL, Plaintiff/Appellant in the above styled and numbered cause of action, and hereby gives notice that she is appealing to the Fifth Circuit Court of Appeals from the Order granting Defendant's Motion for Summary Judgment (**Dkt 40**) entered into this action on October 30, 2020 (See Attached Exhibit "A") and Final Judgment entered on October 30, 2020 (**Dkt 41**). (See attached Exhibit "B").   Therefore, this notice of appeal is due on or about November 29, 2020, and is timely.

The parties to the judgment or order appealed from and the names and addresses of their respective attorneys are as follows:

Plaintiff/Appellant RAQUEL I. VILLARREAL, represented in the trial court and on appeal by:

Adam Poncio
State Bar No. 16109800
salaw@msn.com
Alan Braun
State Bar No. 24054488
abraun@ponciolaw.com
Poncio Law Offices
A Professional Corporation
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550

Telephone:  (210) 212-7979
Facsimile:  (210) 212-5880

Defendant/Appellee TROPICAL TEXAS BEHAVIORAL HEALTH, represented in the trial court by:

Ricardo J. Navarro
State Bar no. 14829100
rjnavarro@rampage-rgv.com
Robert L. Drinkard (of Counsel)
State Bar no. 24007128
rdrinkard@rampage-rgv.com
Dayton, Navarro, Rocha, Bernal & Zech
A Professional Corporation
701 E. Harrison Ste. 100
Harlingen, Texas 78550
Telephone: (956) 421-4904
Facsimile: (956) 421-3621

WHEREFORE, PREMISES CONSIDERED, Plaintiff/Appellant prays that the Court accept this Notice of Appeal and that the Order granting Defendant's Motion for Summary Judgment (**Dkt 40**) entered into this action on October 30, 2020 and Final Judgment entered on October 30, 2020 (**Dkt 41)** be reversed in whole or in part and for such further relief at law and in equity to which Plaintiff/Appellant is entitled.

      **Respectfully submitted,**

BY:  */s/ Adam Poncio*
**ADAM PONCIO**
**State Bar No. 16109800**
**ALAN BRAUN**
**State Bar No. 24054488**
**PONCIO LAW OFFICES**
**A Professional Corporation**
**5410 Fredericksburg Road, Suite 109**
**San Antonio, Texas 78229-3550**
**Telephone (210) 212-7979**
**Facsimile (210) 212-5880**

**COUNSEL ON APPEAL**

## CERTIFICATE OF SERVICE

I certify that on this 17ʰ day of November, 2020, a complete and correct copy of the foregoing was served on each party by delivery to the following attorneys of record by the Court's Electronic Filing System.

    Ricardo J. Navarro
    State Bar no. 14829100
    rjnavarro@rampage-rgv.com
    Robert L. Drinkard (of Counsel)
    State Bar no. 24007128
    rdrinkard@rampage-rgv.com
    Dayton, Navarro, Rocha, Bernal & Zech
    A Professional Corporation
    701 E. Harrison Ste. 100
    Harlingen, Texas 78550
    Telephone: (956) 421-4904
    Facsimile: (956) 421-3621

    Cindy A. Garcia
    State Bar No. 07631710
    Federal ID No. 58460
    The Law Offices of Cindy A. Garcia, P.C.
    1113 Nightingale Avenue
    McAllen, Texas 78504
    Telephone: (956)412-7055
    Facsimile:(956)412-7105
    E-mail: thegarcialawfirm@gmail.com and
    cluna.garcialaw@gmail.com

                                         */s/ Adam Poncio*
                                         **ADAM PONCIO**