# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 10, 2021
Lyle W. Cayce
Clerk

No. 20-40782

Raquel I. Villarreal,

*Plaintiff—Appellant*,

*versus*

Tropical Texas Behavioral Health,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:19-CV-53

Before Davis, Haynes, and Oldham, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.